United States District Court
Southern District of Texas

**ENTERED**
July 09, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| MAYELI COROMOTO YUSTIZ, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-00364 |
| | § | |
| MIGUEL VERGARA, *et al.*, | § | |
| Respondents. | § | |

### ORDER

Before the Court is Petitioner's Amended Petition for Writ of Habeas Corpus, (Dkt. No. 11), and Respondents' Motion to Dismiss, (Dkt. No. 12). It appears to the Court that Petitioner's detention authority may have changed since the pleadings were amended and the motion to dismiss was filed. *See Automated Case Information*, Exec. Off. Immigr. Rev., https://acis.eoir.justice.gov/en/caseinformation (last visited July 8, 2026).

The Court **ORDERS** the parties to confer and file a joint advisory **by July 16, 2026**, (1) stating whether Petitioner has filed an appeal to the Board of Immigration Appeals, (2) stating the effect of any appeal on her claims, and (3) stating each party's position on how the Court should proceed in light of *Sosnava Rodriguez v. Ortega*, No. 26-50183 (5th Cir. July 2, 2026).

It is so **ORDERED**.

**SIGNED** on July 9, 2026.

John A. Kazen
United States District Judge