United States District Court
Southern District of Texas
**ENTERED**
July 20, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| MAYELI COROMOTO YUSTIZ RODRIGUEZ, | § § § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-00364 |
| | § | |
| MIGUEL VERGARA, *et al.*, | § | |
| Respondents. | § | |

## ORDER

Before the Court is the parties' Joint Advisory, (Dkt. No. 14). The parties update the Court that "Petitioner filed a timely appeal with the Board of Immigration Appeals on June 29, 2026. That appeal remains pending." (*Id.* at 1). The parties further "request that the Court proceed as it deems appropriate." (*Id.* at 2). The Court finds it appropriate to grant Petitioner leave to amend the petition based on the changed statutory authority for detention.

Under Federal Rule of Civil Procedure 15, "[a] party may amend its pleading once as a matter of course no later than . . . 21 days after serving it." Fed. R. Civ. P. 15(a)(1). "In all other cases," a pleading may be amended "only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). "The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2).

In light of Petitioner's change in detention authority, the Court finds that justice requires allowing Petitioner to amend her petition. The Court **GRANTS** Petitioner leave to amend the petition **by July 27, 2026**. Respondents are **ORDERED** to file a response **by August 3, 2026**.

It is so **ORDERED**.

**SIGNED** on July 20, 2026.

John A. Kazen
United States District Judge