United States District Court
Southern District of Texas
**ENTERED**
November 18, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **MAYELI COROMOTO YUSTIZ RODRIGUEZ,** | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-00364** |
| | § | |
| **MIGUEL VERGARA, et al.,** | § | |
| **Respondents.** | § | |

**ORDER**

Before the Court is Respondents' Advisory, (Dkt. No. 23), in which they advise the Court that Petitioner has not yet been removed from the Country. On October 14, 2026, Respondents advised the Court that they were effectuating Petitioner's removal from the United States. (Dkt. No. 18). Respondents now advise that they continue working to effectuate removal, and hope to transfer Petitioner to another facility for staging by the end of this month. (Dkt. No. 23).

The Court **ORDERS** Respondents to file an additional advisory **by December 18, 2026, or within the 48 hours following Petitioner's removal, whichever comes first.** The advisory must inform the Court whether Petitioner has been removed from the United States or, if Petitioner has not yet been removed, what Respondents' intentions are for Petitioner's removal.

It is so **ORDERED**.

**SIGNED** on November 18, 2026.

John A. Kazen
United States District Judge